**KILPATRICK TOWNSEND & STOCKTON LLP**
Michele Floyd (State Bar No. 163031)
mfloyd@kilpatricktownsend.com
Samuel Z. Hyams (State Bar No. 317941)
shyams@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone:  415 576 0200
Facsimile:   415 576 0300

Raymond O. Aghaian (State Bar No. 218294)
raghaian@kilpatricktownsend.com
1801 Century Park East, Suite 2300
Los Angeles, CA 90067
Tel:     310 248 3830
Fax:    310 860 0363

Attorneys for Defendant
LIFE360 INC.

**BURSOR & FISHER, P.A.**
Joel D. Smith (State Bar No. 244902)
jsmith@bursor.com
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone:   925 300-4455
Facsimile:   925 407-2700

Joseph I. Marchese (*pro hac vice forthcoming*)
jmarchese@bursor.com
Julian C. Diamond (*pro hac vice forthcoming*)
jdiamond@bursor.com
888 Seventh Avenue
New York, NY 10019
Telephone:   646 837-7150
Facsimile:   212 989-9163

Attorneys for Plaintiff
E.S.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| E.S., a minor, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>LIFE360 INC.,<br><br>        Defendant. | Civil Action No. 3:23-cv-00168-CRB<br><br>**JOINT STATUS REPORT**<br><br>Judge:     Hon. Charles R. Breyer<br><br>Complaint Filed:        January 12, 2023 |

1

## JOINT STATUS REPORT

2      Pursuant to the Court's text-only docket entry of May 1, 2023, Defendant Life360 Inc.

3  ("Life360") and Plaintiff E.S. ("Plaintiff" and together with Life360, the "Parties"), by and

4  through their respective counsel, hereby provide the following joint status update:

5      The Court stayed this lawsuit for 30 days by its Order dated May 1, 2023 [Dkt. 20].  The

6  stay expires on June 2, 2023, but the Parties have scheduled a private mediation for August 21,

7  2023.  In order to conserve judicial resources and to allow the parties to focus their efforts on

8  resolution, the Parties respectfully request that the Court continue the stay up to and including

9  August 25, 2023.

10

11  Dated: May 25, 2023                         KILPATRICK TOWNSEND & STOCKTON LLP

12                                              By: /s/ *Michele Floyd*
                                                    Michele Floyd
13                                                  Raymond O. Aghaian
                                                    Samuel Z. Hyams
14
                                                Attorneys for Defendant Life360 Inc.
15

16  Dated: May 25, 2023                         BURSOR & FISHER, P.A.

17                                              By: /s/ *Joel D. Smith*
                                                    Joel D. Smith
18                                                  Joseph I. Marchese (*PHV* forthcoming)
                                                    Julian C. Diamond (*PHV* forthcoming)
19
                                                Attorneys for Plaintiff E.S.
20

21          ## ATTESTATION RE ELECTRONIC SIGNATURES

22      I, Michele Floyd, attest pursuant to Civil Local Rule 5-1(i)(3) that all other signatories to

23  this document, on whose behalf this filing is submitted, concur in the filing's content and have

24  authorized this filing.  I declare under penalty of perjury under the laws of the United States of

25  America that the foregoing is true and correct.

26

27  Dated: May 25, 2023                              By: */s/ Michele Floyd*
                                                         Michele Floyd
28

77306266V.1

JOINT STATUS REPORT                                                                    - 1 -
CASE NO. 3:23-CV-00168