**BURSOR & FISHER, P.A.**
Joel D. Smith (SBN 244902)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: jsmith@bursor.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| E.S., a minor, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>LIFE360 INC.,<br><br>    Defendant. | Civil Action No. 3:23-cv-00168<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

Plaintiff E.S. voluntarily dismisses his claims with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: November 3, 2023          **BURSOR & FISHER, P.A.**

By: */s/ Joel D. Smith*
       Joel D. Smith

Joel D. Smith (SBN 244902)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: jsmith@bursor.com

*Attorney for Plaintiff*